IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br>CHRIS G HANSON<br>820 S LINCOLN AVE 107<br>BEAVER DAM, WI 53916<br>DEBTOR | CASE NO. 14-23574-GMH<br>JUDGE G. MICHAEL HALFENGER<br>DATE CONFIRMED:<br>ATTORNEY: UTTECH LAW OFFICES<br>EMAIL: uttech.law@gmail.com |

DATE: 09/22/2014

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

If this case has NOT been confirmed, the allowed secured claims listed will not reflect the splitting of allowed secured claims by their collateral value. Claims will be split at time of confirmation.

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0001 | Aberdeen Enterprises II, Inc.<br>4143 E 31st Street<br>Tulsa, OK 74135 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 2519<br>COMMENT:<br>Not Filed |
| 0004 | AMERICAN INFOSOURCE LP<br>P O BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | $1,980.56 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 1166<br>COMMENT: MIDLAND FUNDING LLC/CAPITAL ONE |
| 0012 | BECKET AND LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355 | $703.95 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 2976<br>COMMENT: CAPITAL ONE/KOHLS |
| 0003 | Best Buy Credit Services<br>PO Box 790441<br>Saint Louis, MO 63179 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 8272<br>COMMENT:<br>Not Filed |
| 0007 | CACH LLC<br>4340 SOUTH MONACO ST 2ND FLOOR<br>DENVER, CO 80237 | $602.72 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 0980<br>COMMENT: FIFTH THIRD BANK |

CHAPTER 13 CASE NO. 14-23574-GMH
DEBTOR (1) CHRIS G HANSON

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0000 | CHRIS G HANSON<br>820 S LINCOLN AVE 107<br>BEAVER DAM, WI 53916 | $0.00 | 0.00 | CLASS: DEBTOR REFUND<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT: |
| 0005 | Credit Union ONE<br>400 E Nine Mile Road<br>Ferndale, MI 48220-1769 | $0.00 | 100.00 | CLASS: VEHICLE<br>INTEREST: 4.75%<br>ACCT: 1L16<br>COMMENT:<br>Not Filed |
| 0006 | Dockyard Emergency Physicians<br>PO Box 37855<br>Philadelphia, PA 19101-7855 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 5213<br>COMMENT:<br>Not Filed |
| 0008 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0010 | Global Credit & Collection Corp.<br>PO Box 101928, Dept. 2417<br>Birmingham, AL 35210 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0009 | GM Card<br>PO BOx 80082<br>Salinas, CA 93912-0082 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0011 | Infect Disease Treasure Coast<br>501 NW Lake Whitney Place<br>Suite 102<br>Port Saint Lucie, FL 34986-1615 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 3025<br>COMMENT:<br>Not Filed |
| 0028 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $13,733.16 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT: SPLIT CLAIM |
| 1028 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $1,202.81 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT: SPLIT CLAIM #28 |

CHAPTER 13 CASE NO. 14-23574-GMH
DEBTOR (1) CHRIS G HANSON

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0013 | Martin Health System<br>PO Box 9033<br>Stuart, FL 34995-9033 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 0117<br>COMMENT:<br>Not Filed |
| 0014 | Mercy General Health Partners - PP<br>PO Box 673309<br>Detroit, MI 48267-3309 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0015 | Mercy General Health Partners - PP<br>Patient Accounts<br>1820 44th St. SE<br>Grand Rapids, MI 49508 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 4013<br>COMMENT:<br>Not Filed |
| 0016 | Michigan Department of Treasury<br>Office of Collections<br>PO Box 30199<br>Lansing, MI 48909-7699 | $0.00 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 3058<br>COMMENT:<br>Not Filed |
| 0017 | Michigan Department of Treasury<br>Office of Collections<br>PO Box 77437<br>Detroit, MI 48277-0437 | $0.00 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT:<br>Not Filed |
| 0029 | Michigan Department of Treasury<br>Office of Collections<br>PO Box 30199<br>Lansing, MI 48909-7699 | $0.00 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 5643<br>COMMENT:<br>Not Filed |
| 0018 | Mobile Medical Associates<br>200 Knuth Rd, Suite 200<br>Boynton Beach, FL 33436-4693 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 2406<br>COMMENT:<br>Not Filed |
| 0019 | NCB Management Services, Inc.<br>PO Box 1099<br>Langhorne, PA 19047 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0020 | Newaygo County Friend of the Court<br>1092 Newell<br>PO Box 885<br>White Cloud, MI 49349-8795 | $0.00 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT:<br>Not Filed |

CHAPTER 13 CASE NO. 14-23574-GMH
DEBTOR (1) CHRIS G HANSON

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0021 | North Shore Agency, Inc.<br>270 Spagnoli Road, Suite 111<br>Melville, NY 11747-3515 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0022 | OneMain Financial<br>Bankruptcy Department<br>PO Box 6042<br>Sioux Falls, SD 57117-6042 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 0296<br>COMMENT:<br>Not Filed |
| 0027 | Paul R. Uttech<br>N7652 Edgewater Drive<br>Beaver Dam, WI 53916 | $0.00 | 0.00 | CLASS: Matrix Download<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT:<br>Not Filed |
| 0002 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914 PYMT PROC<br>NORFOLK, VA 23541 | $2,972.03 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 6875<br>COMMENT: FIA CARD SERVICES/BANK OF AMERICA |
| 0023 | Portfolio Recovery Assocs., LLC<br>PO Box 12903<br>Norfolk, VA 23541 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 6875<br>COMMENT:<br>Not Filed |
| 0024 | SPRINT NEXTEL<br>P O BOX 3326 DISTRIBUTIONS<br>ATTN BANKRUPTCY DEPT<br>ENGLEWOOD, CO 80155-3326 | $634.67 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 4045<br>COMMENT: |
| 0025 | TETER ORTHOTICS AND PROSTHETICS<br>1225 W FRONT ST<br>TRAVERSE CITY, MI 49684 | $65.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT: |
| 0026 | United Recovery Systems, LP<br>PO Box 722929<br>Houston, TX 77272-2929 | $0.00 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 3269<br>COMMENT:<br>Not Filed |
| 0000 | UTTECH LAW OFFICES<br>N7652 EDGEWATER DRIVE<br>BEAVER DAM, WI 53916 | $3,500.00 | 100.00 | CLASS: ATTORNEY FEE<br>INTEREST: 0.00%<br>ACCT:<br>COMMENT: |

CHAPTER 13 CASE NO. 14-23574-GMH
DEBTOR (1) CHRIS G HANSON

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 1031 | WEINSTEIN AND RILEY<br>P O BOX 3978<br>SEATTLE, WA 98124 | $7,279.22 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 0443<br>COMMENT: ALTAIR OH XIII LLC/CITIBANK/OPHRYS LLC |
| 0031 | WISCONSIN DEPT OF REVENUE<br>SPECIAL PROCEDURES UNIT<br>P O BOX 8901<br>MADISON, WI 53708-8901 | $2,973.00 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT: SPLIT CLAIM |
| 1031 | WISCONSIN DEPT OF REVENUE<br>SPECIAL PROCEDURES UNIT<br>P O BOX 8901<br>MADISON, WI 53708-8901 | $793.25 | 0.00 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 1511<br>COMMENT: SPLIT CLAIM #31 |
| | TOTAL: | $36,440.37 | | |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid or have been deemed disallowed if classification is stated as disallowed and no payment shall be made due to claim having been filed late, unless the Debtor or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within twenty five (25) days of this notice.

/s/ THOMAS J KING
THOMAS J KING
CHAPTER 13 TRUSTEE
P O BOX 3170
OSHKOSH, WI 54903-3170

I herein certify that a copy of this notice was served upon the Debtor and the Debtor's Attorney of record on this date by regular U.S. Mail, postage prepaid, at their addresses as they appear in the records hereof or electronically (if the party accepts service in this manner).

DATED: September 24, 2014

/s/ Cass Loberg
Cass Loberg