# United States Bankruptcy Court
## Eastern District of Wisconsin

In re     CHRIS G HANSON                                       Chapter 13

                                                                                Case No. 2014-23574-GMH

                Debtor(s)

### STIPULATION ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

An order for relief pursuant to 11 U.S.C. Chapter 13 having been entered in the case of the debtor(s) named above and a subsequent Motion to Dismiss this case pursuant to 11 U.S.C. Section 1307(c) having been brought by the Trustee, the parties hereby stipulate and agree as follows:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. The Debtor(s) shall pay $995.00 monthly to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with November 2014.

3. Should the Debtor fail to make the equivalent of one monthly payment through and including April 2015, as provided above; the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the Court.

STIPULATED AND AGREED:

                                                                           / s / Paul R. Uttech           10/15/2014

Rebecca A. Quiroz/Jennifer K. Marquissee          Paul R. Uttech, Attorney for Debtors
Office of the Chapter 13 Trustee                         Uttech Law Office
PO Box 3170                                                          N7652 Edgewater Drive
Oshkosh, WI 54903-3170                               Beaver Dam, WI 53916

Drafted by:
Attorney Paul R. Uttech
Uttech Law Office
N7652 Edgewater Drive
Beaver Dam, WI 53916
(920) 887-2783